**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Andres David Torres Chirino,<br>Petitioner<br>-vs-<br>Eric Rokosky, et al.,<br>Respondents. | CV-26-3305-PHX-DWL (JFM)<br><br>**Order** |

In his Motion to Appoint Counsel filed May 15, 2026 (Doc. 4), Petitioner, through Mr. Hilzendeger of the Federal Public Defender's office, seeks appointment as counsel for Petitioner pursuant to General Order 26-05 and 17 U.S.C. § 3006A(a)(2)(B), citing as cause the likelihood of success and substantial difficulty in articulating claims without counsel.  Counsel proposed three claims to be submitted in an amended Petition and asserts Petitioner's lack of English language skills and dependence on inmate assistance for his filings.

Petitioner has also filed an accompanying Motion to Seal seeking, pursuant to 7A Guide to Judiciary Policy § 210.40.20(h), to file under seal Petitioner's lodged Financial Affidavit.

Although briefing on the motions is not complete, the Court finds further briefing unnecessary to a fair adjudication of the motions.

The Court finds cause for the sealed filing of the financial affidavit.

On the basis of the Motion, the Court finds appointment of counsel appropriate, and will grant leave to file an amended petition.

**IT IS THEREFORE ORDERED:**

(A)  Petitioner's Motion to File Under Seal (Doc. 5) is **GRANTED**.

(B)  Petitioner's lodged Financial Affidavit (Doc. 6) in support of the Motion to Appoint

- 1 -

Counsel (Doc. 4) be **FILED UNDER SEAL**.

(C)   Petitioner's Motion to Appoint Counsel (Doc. 4) is **GRANTED**.

(D)   Assistant Federal Public Defender Keith Hilzendeger is appointed to represent Petitioner in this matter.

(E)   Petitioner has through **May 29, 2026** to file an Amended Petition.

(F)   The deadline for a Response to the original Petition (Doc. 1) is **VACATED**, to be reset upon appearance of Respondents.

Dated: May 19, 2026

26-3305-004o Order 26 05 18 on Motion to Appoint Counsel.docx

James F. Metcalf
United States Magistrate Judge

- 2 -